## CAUSE NO. 16086

THE STATE OF TEXAS

PRESTON SCOTT RUSSELL

IN THE 29TH DISTRICT
COURT OF
PALO PINTO COUNTY, TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/15/17 8:16:35 AM
SHERRY WILLIAMSON
Clerk

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Preston Scott Russell, defendant, within 30 days of sentencing files this notice of appeal to the Eleventh District Court of Appeals of the conviction in Cause No. 16086.

WHEREFORE, premises considered, Defendant prays this written notice of appeal be entered of record this date.

Respectfully submitted,

Attorney for Defendant
Chris Castanon
SBN 03980955

FILED
AT 3:00 PM-AM

JUN 14 2017

JANIE GLOVER, DISTRICT CLERK
PALO PINTO COUNTY TEXAS
BY_____DEPUTY